```
UNITED STATES DISTRICT COURT                    U. S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK                      N. D. OF N. Y.
                                                       FILED
--------------------------------
                                                    APR - 7 2005
UNITED STATES OF AMERICA,
                                               AT _____ O'CLOCK ____ M
                vs                             LAWRENCE K. BAERMAN, Clerk
                                                 04-CR-571        UTICA
SOLOMON BILLUPS,
                              Defendant.

--------------------------------
```

APPEARANCES:                          OF COUNSEL:

OFFICE OF THE FEDERAL
  PUBLIC DEFENDER                     PAUL J. EVANGELISTA, ESQ.
Attorney for Defendant
39 North Pearl Street, 5th Floor
Albany, New York 12207

HON. GLENN T. SUDDABY                 ROBERT A. SHARPE, ESQ.
United States Attorney                Assistant U.S. Attorney
Attorney for Government
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## ORDER

The defendant's suppression motions came on for oral argument on February 25, 2005, in Albany, New York, and an evidentiary hearing was held on April 6, 2005 in Utica, New York. A decision was rendered from the bench.

Therefore, it is

ORDERED that

1. Defendant's motion to suppress the evidence seized on August 11, 2004 is DENIED;

2. Defendant's motion to suppress the written statement given on August 11, 2004, is DENIED;

3. The alleged oral admissions made on August 11, 2005, are suppressed as part of the government's direct case; and

4. If the defendant wishes to testify at trial, the parties may request a preliminary ruling as to whether or not the government may use the alleged oral statements to cross examine the defendant and/or as rebuttal.

IT IS SO ORDERED.

United States District Court

Dated: April 7, 2005
Utica, New York.